**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert BECKWORTH, Defendant–Appellant.**

**No. 01–6832.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 27, 2001.

Robert Beckworth, pro se. Isaac Louis Johnson, Jr., Office of the United States Attorney, Greenville, SC, for appellee.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Robert Beckworth seeks to appeal the district court's order denying his motion for a certificate of appealability filed under 28 U.S.C.A. § 2253(c)(1) (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Beckworth,* Nos. CR–96–93–1; CA–00–3004–8 (D.S.C. May 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*